No. 966. GEORGE McNEIR v. CHARLES V. ANDERSON, COLLECTOR OF INTERNAL REVENUE. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Russell L. Bradford* for petitioner. *Solicitor General Mitchell* for respondent.

No. 816. GOODYEAR TIRE AND RUBBER COMPANY v. UNITED STATES. April 11, 1927. Petition for a writ of certiorari to the Court of Claims granted. *Messrs. Spencer Gordon* and *Dean G. Acheson* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. John E. Hoover* for the United States.

No. 829. SAMUEL J. KORNHAUSER v. UNITED STATES. April 11, 1927. Petition for a writ of certiorari to the Court of Claims granted. *Mr. L. L. Hamby* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.

No. 915. CORONA CORD TIRE COMPANY v. DOVAN CHEMICAL CORPORATION. April 11, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Dean S. Edmonds, Frank E. Barrows,* and *William H. Davis* for petitioner. *Messrs. John W. Davis* and *James J. Kennedy* for respondent.

PETITIONS FOR CERTIORARI DENIED OR DISMISSED, FROM OCTOBER 4, 1926, TO AND INCLUDING APRIL 11, 1927.

No. 1224. JOHN LAPIQUE, ASSIGNEE OF THE ESTATE OF MIGUEL LEONIS, ET AL. v. DISTRICT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF CALIFORNIA ET AL. See *ante,* p. 635.